*February 9, 1943.*

SCHULZ, Respondent, vs. JENTGES, Appellant.

For the appellant: *L. A. Willenson* of Milwaukee.
For the respondent: *John J. Sullivan* of Milwaukee.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on February 9, 1943.

PAUL and another, Respondents, vs. PIEPENHAGEN, Appellant.

For the appellant: *Max E. Geline* of Milwaukee.
For the respondents: *Nohl, Petrie & Blume,* attorneys, and *Lewis A. Stocking* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on February 9, 1943.

KROLL, Appellant, vs. ZYWICKI and another, Respondents.

For the appellant: *Harold W. Krueger* of Oconto.
For the respondents: *Arlo McKinnon* and *Robert E. Tehan,* both of Milwaukee.

*By the Court.*—Judgment affirmed.